**Order filed October 6, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00164-CR
_____

### BRUCE CHARLES SHELLEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court
Colorado County, Texas
Trial Court Cause No. 19-25,801**

## ORDER

Appellant timely appealed from an order in a criminal case. On June 8, 2021, the trial court clerk filed the clerk's record, which did not contain a signed certification of appellant's right to appeal. *See* Tex. R. App. P. 25.2(a)(2), 34.5(a)(12); *see also Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005). An appeal must be dismissed if a certification showing that the defendant has the right of appeal has not been made part of the record. Tex. R. App. P. 25.2(d); *Dears*, 154 S.W.3d at 613.

On August 29, 2022, we directed that the trial court prepare and certify a supplemental clerk's record containing the certification and that the supplemental clerk's record be filed with this court on or before September 28, 2022. *See* Tex. R. App. P. 34.5(c)(2), 37.1, 44.4. As of this date, no record has been received.

We order the trial court to execute a certification of appellant's right to appeal and direct the trial court clerk to prepare and file a supplemental clerk's record containing the certification with this court within 30 days of the date of this order. *See* Tex. R. App. P. 34.5(c)(2), 37.1, 44.4; *Cortez v. State*, 420 S.W.3d 803, 806–07 (Tex. Crim. App. 2013).

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.